IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: OCTOBER 31, 2008
08 CV 6256
JUDGE ZAGEL
MAGISTRATE JUDGE KEYS
BR

| | |
|---|---|
| MICHAEL BROWN, | ) |
| *Plaintiff,* | ) ) ) No. 08 CV____ |
| -vs- | ) ) ) *(jury demand)* |
| CITY OF CHICAGO and EDGAR HERNANDEZ #17465, | ) ) ) |
| *Defendants.* | ) |

## COMPLAINT

Plaintiff, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343.

2. Plaintiff Michael Brown is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation joined in this action as the potential indemnifier of the individual police officers.

4. Defendant Edgar Hernandez, #17465, was at all times relevant acting under color of his authority as Chicago police officers.

5. On January 8, 2008, defendant Hernandez arrested plaintiff and caused plaintiff to be charged with a criminal offense. Defendant Hernandez did not have a lawful basis on which to make this arrest; after making the arrest, defendant Hernandez prepared false police reports and fabricated evidence that was used to hold plaintiff in custody and to be charged with a criminal offense.

6. Thereafter, defendant Hernandez concealed defendant's innocence of any criminal wrongdoing from the prosecutors

7. Plaintiff remained in custody until June 1, 2008 when the false criminal charges were dismissed.

8. As the direct and proximate result of the above described acts, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States.

9. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of fifty thousand dollars as compensatory damages.

/s/ Kenneth N. Flaxman

---

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*